UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-302(3)(DSD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GEORGE EDWARD RUSH, Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

01-302(3)(DSD)

Defendant Name

George Edward Bush

Remove AUSA

Jeffrey S. Paulsen

Add AUSA

Andrew S. Dunne

Dated: September 12, 2007

RACHEL K. PAULOSE
United States Attorney

*s/Jeffrey S. Paulsen*

BY: Jeffrey S. Paulsen
Assistant U.S. Attorney
Attorney ID No. 144332